**GALATEA DeLAPP  #181581**
Attorney at Law
4905 N HARRISON AVENUE
FRESNO, CALIFORNIA 93704
PHONE (559) 803-0471
FAX (559) 961-4488

ATTORNEY FOR   *Homero Esquivel-Angel*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                              )<br>                    *Plaintiff*,                          )<br>                                                              )<br>                    v.                                     )<br>                                                              )<br>Homero Esquivel-Angel,                 )<br>                                                              )<br>                    *Defendant*.                     )<br>_____ ) | 1:11-cr-00144-LJO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; DECLARATION OF COUNSEL, AND ORDER THEREON |

**IT IS HEREBY STIPULATED**, by and between the parties **Homero Esquivel-Angel**, and the **UNITED STATES OF AMERICA**, and through their respective attorneys of record herein, that status conference hearing in the above captioned matter now scheduled for **July 22, 2011 at 9:00 AM  may be continued to August 5, 2011 at 9:00 AM**

A continuance is necessary for investigation, plea negotiations, and to do probation fast track interview  and  present plea options to defendants.

//

//

//

//

1  //

2  The parties agree that the delay resulting from the continuance shall be excluded in the
3  interests of justice herein for effective preparation and plea negotiations pursuant to 18
4  U.S.C. §§ 3161(h)(8)(A).

6  DATED: June 13, 2011          /s/ Galatea DeLapp
                                 **GALATEA DeLAPP**
7                                Attorney for **Homero Esquivel-Angel**

8  DATED: June 13, 2011          **Benjamin B. Wagner**
9                                United States Attorney

11                         By    /s/ Ian Garriques
                                 **Ian Garriques**
12                               **Assitant United States Attorney**
                                 Attorney for Plaintiff

16                              **ORDER**

17  Good cause has been established.

26  IT IS SO ORDERED.

27  **Dated:   June 14, 2011**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE
28

2