**FILED**

AUG 0 5 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 1:11-CR-00144 |
| vs. | ORDER OF RELEASE |
| HOMERO ESQUIVEL-ANGEL | |
| Defendant. | |

The above named defendant having been sentenced on August 5, 2011, to a period of less than time already served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow. This Order in no way addresses any potential or existing Immigration or Deportation issues.

DATED: Aug 5 2011

_____
HONORABLE LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE

1